# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHARLES DAVIS, ELLEN DAVIS,
AND LIQUID VENTURES
INCORPORATED

NO.   2025 CW 1006

VERSUS

RING PUBLICATIONS, L.L.C.
AND CRAIG GEHRING

**MARCH 9, 2026**

---

In Re:     MasteryPrep, LLC (formerly Ring Publications, LLC) and
           Craig Gehring, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           725437.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

   **WRIT GRANTED WITH ORDER.** The trial court's September 22, 2025
judgment, which granted-in-part and denied-in-part defendants'
motion for summary judgment and denied plaintiffs' motion for
summary judgment is vacated. Defendants, in their reply in support
of their motion for summary judgment and in their opposition to
plaintiffs' summary judgment, raised evidentiary objections to
evidence submitted by plaintiffs. However, the trial court failed
to rule on the evidentiary objections. La. Code Civ. P. art.
966(D)(2) provides the court "shall specifically state on the
record or in writing whether the court sustains or overrules the
objections raised." Accordingly, this matter is remanded to the
trial court for compliance with La. Code Civ. P. art. 966(D)(2)
and a ruling on the motions for summary judgment filed by
plaintiffs and defendants, after determination of any evidentiary
issues, pursuant to La. Code Civ. P. art. 966(C)(4).

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT